

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00550-CV

Rolando Rafael **SAENZ**,
Appellant

v.

**LAS BLANCAS MINERALS LIMITED PARTNERSHIP**, Pete Saenz Jr., and Graciela Saenz Martinez,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2023CVF000176D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.  Costs of court for this appeal are taxed against Rolando Rafael Saenz.

It is so **ORDERED** on October 23, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk